UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | |
|---|---|
| In the Matter of | File No. 10-33439 |
| THOMAS JAMES RUSSELL, | Chapter 7 |
| | JUDGE DANIEL S. OPPERMAN |
| Debtor. _____ / | |

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK OF THE COURT:

Unclaimed dividend are being turned over to the U.S. Bankruptcy Court in the amount of

 $422.71 – Chase Bank

The last known address of the claimant used to forward the above mentioned fund was:

Chase Bank – P.O. Box 15145, Wilmington, DE 19850-5145

| | |
|---|---|
| Dated: September 26, 2011 | /s/ Michael A. Mason<br>Michael A. Mason<br>516 W. Court Street<br>Flint, MI 48503<br>Telephone: (810) 234-9201<br>Email:mamtrustee@sbcglobal.net<br>P17185 |

Prepared by:
Michael A. Mason
516 W. Court Street
Flint, MI  48503
Telephone: (810) 234-9201
Email:  mamtrustee@sbcglobal.net
(P17185)

1